■ In the Matter of CHAUNCEY REIDOUT, A Person Alleged To Be a Juvenile Delinquent.— Motion for leave to appeal to this court, or, in the alternative, for a ruling that the order of the Family Court of the State of New York is an order of disposition within the meaning of section 1012 of the Family Court Act dismissed on the ground that the order entered on June 13, 1966 is an order of disposition from which an appeal may be taken as of right (Family Ct. Act, § 1012). Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

## (September 29, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAIAH MASS, Appellant.— Judgment herein appealed from, unanimously affirmed on the law and the facts. The appeal in this case was argued before this court on September 8, 1965. The issue of the voluntariness of defendant's confession having been raised, this court by order dated September 28, 1965, remanded the case to the Supreme Court for a hearing to determine the voluntariness of defendant's confession (*Jackson* v. *Denno,* 378 U. S. 368; *People* v. *Huntley,* 15 N Y 2d 72). Determination of the appeal was held in abeyance until the Supreme Court, New York County, made its findings (*People* v. *Mass,* 24 A D 2d 713). In lieu of a formal hearing the parties agreed to rest upon the testimony adduced at the trial. The Justice before whom the case was tried filed an opinion dated June 14, 1966, in which he reviewed at some length the testimony on the issue of voluntariness. He concluded the People met the burden imposed and that the confession was "entirely voluntary." We agree. After consideration of all the issues raised in the original appeal the judgment appealed from is affirmed. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.